IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00025-MSK-MEH

MICHAEL THOMPSON, #31082-007,

    Plaintiff,

v.

MR. WINN (Former Acting Warden),
MR. R. WILEY (Former Warden),
MR. H.A. RIOS, JR. (Current Warden),
MR. ORTEGA (Former Captain),
MR. MASOPUST (Former SHU Lieutenant),
MR. MOLINA (Former SHU Lieutenant),
MR. SHARTLE (Former Associate Warden), and
MR. CHAVEZ (Former SHU Lieutenant),

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 13th day of March, 2007

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00025-MSK-MEH

Michael Thompson
Reg. No. 31082-007
USP - Atwater
PO Box 019001
Atwater, CA 95301

Mr. Winn, R. Wiley, Mr. H.A. Rios, Jr.,
Mr. Ortega, Mr. Masopust, Mr. Molina,
Mr. Shartle, and Mr. Chavez, - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General  - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Snysvoll for service of process on Mr. Winn, R. Wiley, Mr. H.A. Rios, Jr., Mr. Ortega, Mr. Masopust, Mr. Molina, Mr. Shartle, and Mr. Chavez, The United States Attorney General, and the United States Attorney's Office: COMPLAINT FILED 1/04/07, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/14/07      .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk