IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00025-MSK-KLM

MICHAEL THOMPSON,

    Plaintiff(s),

v.

MR. H. A. RIOS, JR.,
MR. ORTEGA,
MR. MOLINA,and
MR. CHAVEZ,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Have Defendant's Obtain Private Representation or Go Pro Se [Docket No. 64; Filed April 21, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. To the extent that Plaintiff is asserting that Defendants cannot be represented in their individual capacities by the Assistant United States Attorney without authorization, the Court does not require proof of counsel's authorization to represent government officials in their individual capacity. Counsel is an officer of the Court and is bound by the Court's rules. As such, the Court is entitled to accept counsel's filing of pleadings relating to Defendants' individual liability as proof of authorization to represent Defendants in their individual capacities.

Dated: April 22, 2008